STATE OF NEW JERSEY v. HENRY THOMAS.

May 7, 1985.

Petition for certification denied.

BLAZER CORPORATION v. NEW JERSEY SPORTS AND
EXPOSITION AUTHORITY.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. PHILLIP POLITE.

May 7, 1985.

Petition for certification denied.

STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANS-
PORTATION v. WALTER ROGERS BUILDERS, INC.

May 7, 1985.

Petition for certification denied.